SCHEDULE A
MDL No. 2766 - IN RE: WELLS FARGO FRAUDULENT ACCOUNT OPENING LITIGATION
Northern District of Alabama
JEFFRIES, ET AL. v. WELLS FARGO & COMPANY, ET AL., C.A. No. 2:16-01987
*1362 Central District of California
FRIEDMAN, ET AL. v. WELLS FARGO BANK, N.A., ET AL., C.A. No. 2:16-07405
Northern District of California
JABBARI, ET AL. v. WELLS FARGO & COMPANY, ET AL., C.A. No. 3:15-02159
CHERNAVSKY v. WELLS FARGO BANK, N.A., ET AL., C.A. No. 3:16-06326
CASON, ET AL. v. WELLS FARGO BANK, N.A., ET AL., C.A. No. 3:16-07040
Middle District of Florida
STANTON v. WELLS FARGO & COMPANY, ET AL., C.A. No. 8:16-03318
District of New Jersey
BLANCHARD v. WELLS FARGO BANK, N.A., ET AL., C.A. No. 1:16-07509
District of Utah
MITCHELL, ET AL. v. WELLS FARGO BANK, N.A., ET AL., C.A. No. 2:16-00966